Filed 2/7/24  P. v. DeLeon CA2/2

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION TWO

THE PEOPLE,

    Plaintiff and Respondent,

    v.

JONATHAN DELEON,

    Defendants and
Appellants.

B328822

(Los Angeles County
Super. Ct. No. PA098765)

THE COURT:

    Defendant and appellant Jonathan DeLeon (defendant) appeals following his convictions of robbery and grand theft after a plea of no contest.  After reviewing the record and finding no arguable issues, appointed counsel filed an opening brief asking this court to review the record independently pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  On October 19, 2023, we notified defendant of his counsel's brief and gave him leave to file, within 30 days, his own brief or letter stating any grounds or argument

he might wish to have considered.  That time has elapsed, and defendant has submitted no brief or letter.  We have reviewed the record, and finding no arguable issues, we affirm the judgment.

## DISPOSITION

The judgment is affirmed.

_____

ASHMANN-GERST, Acting P. J.   CHAVEZ, J.  HOFFSTADT, J.